**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PARADISE MORGAN, Individually and as the
representative of a class of similarly situated persons,

                                  Plaintiff,

                              - against -

LOVERBOY INC.,

                              Defendant.
-------------------------------------------------------------X

Case No.   1:23-cv-10664-ER

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Paradise Morgan, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Loverboy Inc.

Dated: Scarsdale, New York
        February 9, 2024

                                            SHAKED GOUP, P.C.
                                            Attorneys for Plaintiff

                                By: _____
                                   Dan Shaked, Esq.
                                   14 Harwood Court, Suite 415
                                   Scarsdale, NY 10583
                                   Tel. (917) 373-9128
                                   e-mail: ShakedLawGroup@Gmail.com